### PARKER M. TATE *et al.*

*v.*

### GEORGE W. TATE *et al.*

WILL—*burden of proof on bill to set aside.* Where a bill is filed to set aside a will, the burden of sustaining the will is cast upon those averring its validity, and the question is tried *de novo.*

WRIT OF ERROR to the Circuit Court of Saline county; the Hon. WILLIS ALLEN, Judge, presiding.

This was a bill in chancery, filed by Braxton P. Tate and Harriet E. Tate, by George W. Tate, their next friend, and Hiram B. Tate, against Parker M. Tate and Robert A. Tate, to set aside the will of John V. Tate, resulting in a decree setting aside the will.

Mr. C. K. DAVIS, for the plaintiffs in error.

Per CURIAM: This is a writ of error, brought to reverse a decree setting aside a will. Where a bill is filed to set aside a will, the burden of sustaining the will is cast upon those averring its validity, and the question is tried *de novo*. The proofs upon which the decree rests are not preserved, and no sufficient ground for the maintenance of the will is shown. The recitals sustain the decree.

The proceeding does not seem to have been according to the most approved modes, but we find no sufficient irregularity to authorize a reversal of the decree.

*Decree affirmed.*